UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS GARRIDO,<br><br>   Plaintiff,<br><br>   v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>   Defendant. | No.  2:23-cv-1961 DAD DB<br><br><br>ORDER |

This matter was referred to the undersigned in accordance with Local Rule 302(c) and 28 U.S.C. § 636(b)(1) for an Initial Scheduling Conference.  (ECF No. 8.)  Accordingly, IT IS HEREBY ORDERED that:

1. An Initial Scheduling Conference is set for **Friday, January 12, 2024, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned.

2. The parties shall file a joint status report on or before **December 29, 2023**.  The joint status report shall address all of the following matters:

      a.    Progress of service of process;

      b.    Possible joinder of additional parties;

      c.    Possible amendment of the pleadings;

      d.    Jurisdiction and venue;

e. Anticipated motions and the scheduling thereof;

f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

i. Whether the case is related to any other case, including matters in bankruptcy;

j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of her so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

l. Any other matters that may aid in the just and expeditious disposition of this action.

3. The parties are cautioned that failure to file a status report or failure to appear at the scheduling conference may result in an order imposing an appropriate sanction. See Local Rules 110 and 183.

DATED: November 8, 2023                /s/ DEBORAH BARNES
                                       UNITED STATES MAGISTRATE JUDGE

2