UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS GARRIDO,<br><br>                Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>                Defendant. | No.  2:2:23-cv-01961-DAD-SCR<br><br><br>ORDER REMANDING ACTION TO THE<br>SAN JOAQUIN COUNTY SUPERIOR<br>COURT PURSUANT TO THE<br>STIPULATION OF THE PARTIES<br><br>(Doc. No. 20) |

On September 30, 2025, the parties stipulated to remand of this action to the San Joaquin County Superior Court, where this action was originally filed.  (Doc. No. 20.)  Accordingly, pursuant to the parties' stipulation and good cause appearing, this action is REMANDED to the San Joaquin County Superior Court.  The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **October 3, 2025**                     _Dale A. Drozd_____
                                                                        DALE A. DROZD
                                                                        UNITED STATES DISTRICT JUDGE

1